| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LVNV MULTI FAMILY LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-4574190** |
| 4. | Debtor's address | **Principal place of business**<br><br>**23046 Avenida de la Carlota**<br>**Suite 150**<br>**Laguna Hills, CA 92653**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **LVNV MULTI FAMILY LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **LVNV MULTI FAMILY LLC** _____ Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **LVNV MULTI FAMILY LLC** _____ Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 18, 2017**
MM / DD / YYYY

X **/s/ Howard Grobstein**                              **Howard Grobstein**
Signature of authorized representative of debtor         Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Lei Lei Wang Ekvall**                            Date **May 18, 2017**
Signature of attorney for debtor                         MM / DD / YYYY

**Lei Lei Wang Ekvall**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone **(714) 445-1000**    Email address **lekvall@swelawfirm.com**

**163047, California**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | LVNV MULTI FAMILY LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Census Multi Family Fund LVN, LLC 23046 Avenida de la Carlota, Suite 150 Laguna Hills, CA 92653 | | Membership Equity Holder | | | | $1,241,215.30 |
| Elizabeth Dawn Cooper Revocable Property Trust 3 Hillgrass Irvine, CA 92603 | | Membership Equity Holder | | | | $42,121.03 |
| Equity Trust Company FBO William Joseph Hanson, IRA 16401 Normandy Lane Huntington Beach, CA 92647 | | Membership Equity Holder | | | | $82,562.34 |
| Equity Trust Company FBO Thomas Pinkowski, IRA 2124 Colina Del Arco Iris San Clemente, CA 92673 | | Membership Equity Holder | | | | $65,669.93 |
| Equity Trust Company FBO Roger J. Mulley 6000 Tarin Road Wilmington, NC 28409 | | Membership Equity Holder | | | | $52,386.50 |

Debtor **LVNV MULTI FAMILY LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Equity Trust Company FBO Tonya Pinkowski, IRA** 2124 Colina Del Arco Iris San Clemente, CA 92673 | | **Membership Equity Holder** | | | | $32,214.45 |
| **Equity Trust Company FBO Marc Allan Ottestad, IRA** 1331 Fawn Ridge Brea, CA 92821 | | **Membership Equity Holder** | | | | $14,912.18 |
| **Equity Trust Company FBO Alan C. Ivar, IRA** 209 S. Stephanie Street #B124 Henderson, NV 89012 | | **Membership Equity Holder** | | | | $168,484.10 |
| **Equity Trust Company FBO James Rev Living Trust, Dean James, Trus** 30722 Fairgreens West Laguna Niguel, CA 92677 | | **Membership Equity Holder** | | | | $165,548.69 |
| **Equity Trust Company FBO John Sullivan, Individual** 10752 Walnut St #D Los Alamitos, CA 90720 | | **Membership Equity Holder** | | | | $124,268.17 |
| **Equity Trust Company FBO Robert Fields, IRA** 28792 Mira Vista Laguna Niguel, CA 92677 | | **Membership Equity Holder** | | | | $83,734.63 |
| **Equity Trust Company FBO Padova Trust As James A. Padova, M.D and Marilyn A. Pado** 1209 N. Bay Front Balboa Island, CA 92662 | | **Membership Equity Holder** | | | | $168,387.65 |

```
LVNV MULTI FAMILY LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Lei Lei Wang Ekvall
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


Census Multi Family Fund LVN, LLC
23046 Avenida de la Carlota, Suite 150
Laguna Hills, CA 92653


Elizabeth Dawn Cooper
Revocable Property Trust
3 Hillgrass
Irvine, CA 92603


EMPLOYMENT DEVELOPMENT DEPT.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Equity Trust Company FBO
James Rev Living Trust, Dean James, Trus
30722 Fairgreens West
Laguna Niguel, CA 92677


Equity Trust Company FBO
John Sullivan, Individual
10752 Walnut St #D
Los Alamitos, CA 90720


Equity Trust Company FBO
Marc Allan Ottestad, IRA
1331 Fawn Ridge
Brea, CA 92821
```

```
Equity Trust Company FBO
Thomas Pinkowski, IRA
2124 Colina Del Arco Iris
San Clemente, CA 92673


Equity Trust Company FBO
Tonya Pinkowski, IRA
2124 Colina Del Arco Iris
San Clemente, CA 92673


Equity Trust Company FBO
Roger J. Mulley
6000 Tarin Road
Wilmington, NC 28409


Equity Trust Company FBO
William Joseph Hanson, IRA
16401 Normandy Lane
Huntington Beach, CA 92647


Equity Trust Company FBO
Robert Fields, IRA
28792 Mira Vista
Laguna Niguel, CA 92677


Equity Trust Company FBO
Alan C. Ivar, IRA
209 S. Stephanie Street #B124
Henderson, NV 89012


Equity Trust Company FBO Padova Trust As
James A. Padova, M.D and Marilyn A. Pado
1209 N. Bay Front
Balboa Island, CA 92662


FRANCHISE TAX BOARD
Bankruptcy Section MS: A-260
P.O. Box 2952
Sacramento, CA 95812-2952
```

```
INTERNAL REVENUE SERVICE
P.O. Box 7346
Philadelphia, PA 19101-7346


STATE BOARD OF EQUALIZATION
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


US SECURITIES EXCHANGE COMM.
Attn. Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071-9591


WJA Asset Management, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653
```